IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC THOMAS WRHEL,

    Plaintiff,

  v.

Case No. 19-cv-727-jdp

STATE OF WISCONSIN and WISCONSIN
DEPARTMENT OF REVENUE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |